

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WEBSTER SANFORD, | § | No. 08-24-00053-CV |
| Appellant, | § | Appeal from the |
| v. | § | 438th District Court |
| WEHNER MULTIFAMILY, LLC and ICON SAN ANTONIO, LLC, | § | of Bexar County, Texas |
| Appellees. | § | (TC# 2024CIO1882) |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant all costs of appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED this 26th day of February 2025.

MARIA SALAS MENDOZA, Chief Justice

Before Salas Mendoza, C.J., Palafox and Soto, JJ.